Carol V. MAY, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

Department of Veterans Affairs, Intervenor.

No. 2010–3085.

United States Court of Appeals, Federal Circuit.

July 15, 2010.

Dennis L. Friedman, Philadelphia, PA, for Petitioner.

Jane W. Vanneman, Department of Justice, Washington, DC, for Intervenor.

## ON MOTION

### ORDER

The Merit Systems Protection Board and the Department of Veterans Affairs move for a 30–day extension of time, until August 25, 2010, to file their briefs.

Upon consideration thereof,

It Is Ordered That:

The motion is granted.

Karen T. KING–ELLIS, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2010–3005.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2010.

Matthew J. Dowd, Wiley Rein LLP, of Washington, DC, argued for petitioner. On the brief was Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, MD.

Michael P. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

RADER, Chief Judge, NEWMAN, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**